Case 5:16-cv-00838-RDP-JEO   Document 1   Filed 05/20/16   Page 1 of 5

CV-16-P-0838-NE

FILED
2016 May-20 PM 02:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

MARK ELLIOTT MARION
_____

Inmate Identification Number: MNI054327
_____

_____

Enter above the full name of the plaintiff
(in this action)

FILED
2016 MAY 20 A 11:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

NOTICE TO FILING PARTY

*It is your responsibility to notify the clerk in writing of any address change.*

*Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

CLINT W. BUTLER
_____

LINDA F. COATS
_____

_____

Enter above full name(s) of the defendant(s)
(in this action)

Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )    No (✖)

B. If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff: _____

_____

Defendant(s): _____

_____

2

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement _____

A. Is there a prisoner grievance procedure in this institution?
Yes (✷)   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes ( )   No (✷)

C. If your answer is YES:

1. What steps did you take? _____

2. What was the result? _____

D. If your answer is NO, explain why not: THE INSTITUTION NOT PART OF COMPLAINT.

3

II. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) MARK ELLIOTT MARION
MCSO OCMNI054327
Address MADISON COUNTY JAIL P.O. BOX 2047
HUNTSVILLE ALABAMA 35804

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant CLINT W. BUTLER
Is employed as MY APPOINTED ATTORNEY
at 2204 WHITESBURG DRIVE SUITE 200 HUNTSVILLE AL 35801

C. Additional Defendants JUDGE  L. COATS OF MADISON CO. HUNTSVILLE AL-
100 NORTH SIDE SQUARE 35801.

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

→ CLINT W. BUTLER
MY COURT APPOINTED ATTORNEY WAS APPOINTED ON OR ABOUT 11/9/2015, I GOT A LETTER FROM HIM ON 11/25/2015 TO CONFIRM THAT. THE NEXT CONTACT WAS I SENT LETTER SAYING I WANTED TO BE AT MY PRELIMINARY ON 1/6/2016, ON 1/5/2016 HE CAME TO JAIL AND SAW ME, TOLD ME HE DIDN'T GET THE LETTER, I TOLD HIM I WANTED TO GO TO MY PRELIMINARY, HE SAID HE WOULD SEND FOR ME, HE DID NOT. SENT A LETTER DATED 1/6/2016 SAYING THIS CONFIRMS I WAIVED MY PRELIMINARY, I DID NOT. I SENT HIM A LETTER ON

4

MARCH 11TH 2016, GOT NO RESPONSE TO THIS DATE. ON 4/18/2016 I SENT LETTER TO LINDA F. COATS MY JUDGE TELLING HER I NEEDED TO HAVE ANOTHER ATTORNEY & WANTED MY PRELIMINARY STEAL. I WAITED ABOUT TWENTY TWO DAYS AND SENT LETTER TO US DISTRICT JUDGE C.L. SMITH ASKING WHAT SHOULD I DO, AND **HE** SENT ME THIS COMPLAINT PACKET AND I HAVE NOT HEARD FROM JUDGE C. COATS AS OF 5/18/2016

7. RELIEF

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I WANT A LAWYER WHO WILL DO HIS SWORN DUTY TO DEFEND ME AND MY RIGHT TO LIFE, LIBERTY EXCEPT BY DUE PROCESS OF LAW. GET ME A SPEEDY TRAIL OR HAVE ALL CHARGES DROPPED DUE TO INSUFECENT EVIDENCE. AND ANYTHING ELTS I'M INTITLED TO FOR WHAT THEY HAVE PUT ME THREW. HAVE MY PRELIMINARY HEARING ASAP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/18/2016

Mark E. Marion
SIGNATURE

ADDRESS MADISON CO. JAIL
P.O. BOX 2047
HUNTSVILLE AL. 35804
AIS # MNI 054327

5

MARK E. MARION
MCSO COMN1054327
MADISON COUNTY JAIL
P.O. BOX 2047
HUNTSVILLE AL
35804
BIRMINGHAM AL 350
19 MAY 2016 PM 4 L



FOREVER
USA
Bank Swallow

SECURITY
MAY 20 2016
U.S. DISTRICT COURT
NORTHERN/DIST. OF ALABAMA

CLERK of THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA.
ROOM 140, HUGO L. BLACK U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM ALABAMA    35203-2195

Mailed From The
Madison County
JAIL
Huntsville, Alabama

35203-200099